LOUISA C. COLLINS ET AL. *v.* HARRY N. ECKSTINE.

[No. 40, October Term, 1932.]

*Decided January 11th, 1933.*

The cause was argued before BOND, C. J., URNER, ADKINS, OFFUTT, DIGGES, and SLOAN, JJ.

*James O. Scrimger,* submitting on brief, for the appellants.

*C. Arthur Eby,* for the appellee.

URNER, J., delivered the opinion of the Court.